FILED
Jeffrey A. Apperson, Clerk

6 2003

U.S. DISTRICT COURT
WEST N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:03CV-42-S

BRUCE NORTHINGTON            PLAINTIFF

vs.     **CONFERENCE STATEMENT ON BEHALF OF DEFENDANTS
LOUISVILLE/JEFFERSON COUNTY METRO, City of Louisville
AND JEFFERSON COUNTY**

MARK WATSON, *et al.*            DEFENDANTS

\* \* \* \* \* \* \* \*

Defendants Louisville/Jefferson County Metro ("Metro"), City of Louisville ("City"), and Jefferson County ("County"), by counsel, file the following conference statement pursuant to the Court's June 23, 2003 Order.

**Summary**

Plaintiff, Bruce Northington, brings this action pursuant to 42 U.S.C. §§ 1983 and 1988 alleging that the actions of defendants Mark Watson and Christie Richardson violated his rights under the Fourteenth Amendment to the United States Constitution. Plaintiff also alleges that defendants Mark Watson and Christie Richardson committed the tort of trespass to land when they entered his home, the tort of conversion when they took his money, and subjected him to the torts of battery and false imprisonment. Plaintiff alleges that such actions violated sections one, two and ten of the Kentucky Constitution.

Plaintiff's claim against defendants Metro, City and County, is based upon the alleged deliberate indifference on the part of policy makers to the Constitutional rights of

individuals. In support of this claim, plaintiff alleges that it was the policy/custom of Metro, City and County to: (1) inadequately and improperly investigate citizen complaints of police misconduct regarding Metro Narcotics officers, and to tolerate acts of misconduct; and (2) inadequately train and supervise law enforcement officers assigned to Metro Narcotics, thereby failing to discourage further constitutional violations by police officers. Plaintiff alleges that police officers within Metro Narcotics, (including defendants Mark Watson and Christie Richardson), believed that supervisors would not properly monitor actions, leading to misconduct that not only would not be investigated and sanctioned, but would be tolerated.

As of this date, defendants Metro, City and County have not noted any potentially difficult or complex issues requiring the adoption of special procedures. Defendants Metro, City and County are not, as of this date, able to enter into any admissions of fact or stipulations.

### Proposed Litigation Plan

Counsel in this case have conferred and presented a proposed litigation plan to this Court. The proposed litigation plan includes a deadline for providing Rule 26(a) Initial Disclosures.

### Settlement

At this time, defendants Metro, City and County are not adverse to the idea of settlement negotiations. However, it is the position of defendants Metro, City and

County that any discussions of settlement would be more beneficial to all parties if held after the completion of some level of discovery.

### Suggestions for Just, Speedy, and Inexpensive Disposition

Defendants Metro, City and County believe that the proposed litigation plan provides ample opportunity for discovery to commence and conclude quickly, and allows ample opportunity for discussions regarding trial, or alternative methods of dispute resolution. Defendants Metro, City and County have no additional suggestions to facilitate a speedy disposition of this case.

Respectfully Submitted,

*Angela J. Dunham*
ANGELA TURNER DUNHAM
ASSISTANT JEFFERSON CO. ATTORNEY
444 SOUTH FIFTH STREET
SECOND FLOOR
LOUISVILLE, KY 40202
(502) 574-3511

Counsel for Answering defendants Louisville/Jefferson County Metro Government, City of Louisville, and Jefferson County.

## CERTIFICATE OF SERVICE

  It is hereby certified that a copy of the foregoing was mailed on August 6, 2003 via first-class U.S. mail, postage prepaid to: Michael L. Goodwin and Christopher N. Lasch, Goodwin and Lasch, 607 West Main Street, Suite 500, Louisville, KY 40202; Mary W. Sharp, PRIDDY, ISENBERG, MILLER & MEADE PLLC, 429 West Muhammad Ali, Louisville, KY 40202: J. Key Schoen, SALES, TILMN, WALLBAUM, CATLETT & SATTERLY PLLC, 1900 Waterfront Plaza, 325 West Main Street Louisville, KY 40202

_____
Angela T. Dunham