UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:03CV-42-S

BRUCE NORTHINGTON                                                                                    PLAINTIFF

v.

MARK WATSON, ET AL                                                                                DEFENDANTS

PROPOSED AGREED ORDER DISMISSING
(Electronically Filed)

The parties having reached agreement fully disposing of all issues and claims before the court, and the court being otherwise sufficiently advised;

It is hereby ordered that this matter be and is hereby dismissed with prejudice, each party to bear it own costs.

This is a final and appealable order, there being no just cause for delay.

Agreed:

| | |
|---|---|
| s/ Jeffrey L. Freeman | s/ Michael Goodwin (with permission) |
| Jeffrey L. Freeman | Michael Goodwin |
| Assistant Jefferson County Attorneys | Goodwin & Lasch, PSC |
| 444 South Fifth Street, Fifth Floor | 607 West Main Street, Suite 500 |
| Louisville, KY  40202 | Louisville, KY  40202 |
| 502) 574-6333 | (502) 584-7622 |
| Fax:  (502) 574-4215 | |
| Jeff.Freeman@louisvilleky.gov | |
| Counsel for Defendants, City of Louisville, Jefferson County, and Louisville/Jefferson County Metro | |

| s/ J. Key Schoen (with permission) | s/ Scott E. Karem (with permission) |
| --- | --- |
| J. Key Schoen | Scott E. Karem (Watson) |
| 1900 Waterfront Plaza | 370 Starks Building |
| 325 West Main Street | 455 South Fourth Street |
| Louisville, KY  40202 | Louisville, KY  40202 |
| (502) 589-5600 | (502) 589-2627 |
| Counsel for Defendant Richardson | Counsel for Defendant Watson |